# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, ) | |
| ) | |
| Plaintiff, ) | Case No: 13-C-08274 |
| ) | |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| COMPLETE PAYMENT RECOVERY ) | |
| SERVICES, INC., and CAESARS ) | |
| ENTERTAINMENT, INC. d/b/a HORSESHOE ) | |
| BOSSIER CITY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Wayne H. Norman, *pro se*, and Defendants Complete Payment Recovery Services, Inc., and Horseshoe Entertainment, Inc. d/b/a Horseshoe Bossier City, improperly sued as Caesar's Entertainment, Inc., by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

/s/ Wayne H. Norman /s/ Anna-Katrina S. Christakis
Wayne H. Norman Anna-Katrina S. Christakis
509 Elgin, Apt. 1 Pilgrim Christakis LLP
Forest Park, Illinois 60130 321 N. Clark Street, 26th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Ph. (312) 939-0920
　　　　　　　　　　　　　　　　　　Fax (312) 939-0983